# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Flanagan, Louise W. | US District Court, NC | 12/19/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

US Courthouse
413 Middle Street
New Bern, NC 28560

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 12/19/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self-employed as an attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 12/19/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 12/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Deposits at First Citizens Bank | A | Interest | J | T | | | | | |
| 2. Legg Mason American Leading Co | A | Dividend | J | T | | | | | |
| 3. Legg Mason Value Trust | A | Dividend | K | T | | | | | |
| 4. American Funds Europacific A | | None | | | Sold | 08/21/12 | L | A | |
| 5. Noucoux UN, LLC (Real estate in New Bern & Greenville NC) | D | Rent | M | U | | | | | |
| 6. Columbia Acorn | | None | | | Sold | 08/21/12 | M | D | |
| 7. DWS Drehman SC | | None | | | Sold | 08/21/12 | L | A | |
| 8. MET GAC Series | | None | O | T | Sold (part) | 08/21/12 | O | D | |
| 9. Davis New York Venture - A | | None | | | Sold | 07/02/12 | M | D | |
| 10. Eaton Vance Large Cap Value - A | B | Dividend | | | Sold | 07/02/12 | M | D | |
| 11. Citi Bank, NA (South Dakota) | A | Interest | | | Redeemed | 05/15/12 | J | A | |
| 12. Perkins Mid Cap Value I | | None | | | Sold | 08/21/12 | L | A | |
| 13. PIMCO Total Return Admin | C | Dividend | O | T | Sold (part) | 08/21/12 | M | D | |
| 14. Mainstay Large Cap Growth | | None | | | Sold | 08/21/12 | M | D | |
| 15. Scholars Choice 529 Plan, Balance 50/50 Portfolio NO CONTROL | A | Interest | K | T | Sold (part) | 08/3/12 | K | B | |
| 16. DoubleLine Total Return Bond | A | Dividend | L | T | Buy | 09/11/12 | K | | |
| 17. | | | | | Buy (add'l) | 11/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 12/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Double Line Total Return Bond | B | Dividend | M | T | Buy | 09/13/12 | M | | |
| 19. | | | | | Buy (add'l) | 11/08/12 | K | | |
| 20. JP Morgan Core Bond Fund Select Class | A | Dividend | M | T | Buy | 09/12/12 | M | | |
| 21. | | | | | Buy (add'l) | 11/08/12 | L | | |
| 22. Loomis Sayles Bond Fund Inst'l | | None | K | T | Buy | 12/18/12 | K | | |
| 23. PIMCO Short-Term Fund Inst'l | A | Dividend | K | T | Buy | 09/12/12 | L | | |
| 24. | | | | | Sold (part) | 11/08/12 | J | A | |
| 25. PIMCO Income Fund Inst'l Class | A | Dividend | M | T | Buy | 09/13/12 | L | | |
| 26. | | | | | Buy (add'l) | 11/08/12 | K | | |
| 27. IShares TR IBOXX Invt Grade Corp Bd | | None | L | T | Buy | 09/11/12 | L | | |
| 28. IShares TR Barclays 20+ Treasury Bond Fund | | None | K | T | Buy | 09/11/12 | L | | |
| 29. | | | | | Sold (part) | 11/08/12 | K | A | |
| 30. IShares TR Dow Jones US Real Estate Index Fund | | None | L | T | Buy | 09/11/12 | K | | |
| 31. | | | | | Buy (add'l) | 11/08/12 | J | | |
| 32. | | | | | Buy (add'l) | 12/20/12 | K | | |
| 33. IShares TR S&P US PFD STK Index Fund | | None | K | T | Buy | 09/11/12 | K | | |
| 34. | | | | | Sold (part) | 11/15/12 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 12/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPDR SER TR Barclays Cap High Yield Bd ETF | | None | K | T | Buy | 09/11/12 | K | | |
| 36. | | | | | Buy (add'l) | 11/08/12 | J | | |
| 37. Pershing Gov't Acct Money Market | | None | K | T | Buy | 08/21/12 | K | | |
| 38. JP Morgan Chase & Co Alerian MLP Index | | None | | | Buy | 09/11/12 | K | | |
| 39. | | | | | Sold | 11/08/12 | K | A | |
| 40. NFJ Divid Int & Prem Strategy FD | | None | | | Buy | 09/11/12 | K | | |
| 41. | | | | | Buy (add'l) | 11/14/12 | J | | |
| 42. | | | | | Sold | 11/15/12 | K | A | |
| 43. TCW Energing Inc Fd Cl I | A | Dividend | | | Buy | 09/12/12 | L | | |
| 44. | | | | | Sold | 11/15/12 | L | A | |
| 45. IShares TR Dow Jones Select Divid Index Fd | | None | | | Buy | 09/11/12 | K | | |
| 46. | | | | | Sold | 11/08/12 | K | A | |
| 47. Blackrock Global Allocation Fd Inc | A | Dividend | L | T | Buy | 09/11/12 | K | | |
| 48. | | | | | Buy (add'l) | 11/26/12 | K | | |
| 49. First Eagle Global Fund Class I | B | Dividend | K | T | Buy | 09/11/12 | K | | |
| 50. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 51. Franklin Income Fund Advisor Class | A | Dividend | K | T | Buy | 09/11/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 12/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 53. Loomis Sayles Strategic Income | A | Dividend | K | T | Buy | 09/11/12 | K | | |
| 54. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 55. Oppenheimer Senior Floating Rate Fd Cl Y | A | Dividend | K | T | Buy | 09/11/12 | K | | |
| 56. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 57. PIMCO All Asset All Auth Fd Inst'l Shrs | C | Dividend | L | T | Buy | 09/11/12 | K | | |
| 58. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 59. PIMCO Total Return Fund Inst'l Class | B | Dividend | L | T | Buy | 09/11/12 | K | | |
| 60. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 61. TCW Emerging Markets Inc Fd Cl I | A | Dividend | K | T | Buy | 09/11/12 | K | | |
| 62. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 63. Templeton Global Bond Fd Advisor Cl | B | Dividend | K | T | Buy | 09/11/12 | K | | |
| 64. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 65. Vanguard Inflation Protected Sec Fund | A | Dividend | K | T | Buy | 09/11/12 | K | | |
| 66. | | | | | Buy (add'l) | 11/27/12 | J | | |
| 67. Wells Fargo advantage Absolute | A | Dividend | L | T | Buy | 09/11/12 | K | | |
| 68. | | | | | Buy (add'l) | 11/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 12/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   Pershing Gov't Acct Money Market | A | Interest | N | T | Buy | 08/21/12 | N | | |
| 70. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 12/19/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Louise W. Flanagan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544